UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JENNIFER MCINNIS, individually and on behalf of her infant children O.S., C.S (female), and C.S. (male)<br><br>                Plaintiffs,<br><br>   -against-<br><br>City of New York, et al.,<br><br>                Defendants. | 24-CV-3449 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      Counsel for the parties are reminded that discovery responses should not be filed on the docket unless they are attached as exhibits to a motion, or unless counsel are directed by the Court to file the discovery responses on the docket.

DATED:  February 27, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge