UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER MCINNIS, individually and on behalf of her infant children O.S., C.S (female), and C.S. (male)<br><br>                    Plaintiffs,<br><br>     -against-<br><br>City of New York, et al.,<br><br>                    Defendants. | 24-CV-3449 (GHW) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a telephonic status conference on **May 13, 2025, at 11:30 AM**. Counsel for the parties are directed to call my conference line at the scheduled time by **dialing (646) 453-4442, Access Code: 651 999 501 #**. The parties should be prepared to discuss: whether the settling parties would like to consent to my jurisdiction for review of the infant compromise order; the timing for certification of completion of discovery, which was scheduled to be completed by May 7, 2025; whether the Court could assist with settlement discussions among the remaining parties; and a briefing schedule for anticipated motion practice, if any.

DATED:    May 9, 2025
                New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge