UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER MCINNIS<br><br>              Plaintiff,<br><br>  -against-<br>CITY OF NEW YORK, et al.,<br><br>              Defendant. | 24cv03449 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Dispositive motions, if any, shall be filed by **June 27, 2025,** with oppositions due on **July 31, 2025,** and replies in further support of any such motions due by **August 15, 2025.**

DATED:  May 13, 2025
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge