AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Jennifer McInnis, individually and on behalf of her infant children O.S., C.S. (female), and C.S. (male), <br> Plaintiffs, <br> v. <br> City of New York, Treasure Pray, Jordan Mews, Nyasha Beepot, Leah Bralow, and Rutmi Goradia, <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 24-CV-3449 (GHW) <br> ) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rutmi Goradia, M.D. s/h/a Rutmi Goradia

Date: 05/19/2025

*Attorney's signature*

Samantha E. Quinn - 2649432
*Printed name and bar number*

711 Westchester Avenue, Suite 406
White Plains, New York 10604
*Address*

squinn@schiavettilaw.com
*E-mail address*

(914) 946-0400
*Telephone Number*

(914) 946-2327
*FAX number*