UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER MCINNIS,<br><br>    Plaintiff,<br><br> -against-<br>CITY OF NEW YORK, et al.,<br><br>    Defendants. | 24cv03449 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  Counsel for Defendants Leah Bralow and Rutmi Goradia ("Hospital Defendants") filed a document on the docket that I understood to be a Rule 11 motion. (ECF 129.) Counsel now indicates that the filing was intended to be a Rule 11 notice. Such notices are not to be filed on the docket. The Hospital Defendants may file a Rule 11 motion on the docket only after complying with the prerequisites for such a filing.

  Counsel for the Hospital Defendants is admonished that she is expected to review the Federal Rules of Civil Procedure and the Local Rules of this Court before making filings, particularly filings that could have a reputational impact on opposing counsel.

  The Clerk of Court is respectfully requested to strike the filing at ECF 126 as well as my order at ECF 130 setting a briefing schedule.

DATED: June 20, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge