LAW OFFICES

# SCHIAVETTI, CORGAN, DiEDWARDS, WEINBERG & NICHOLSON, LLP

SUITE 406
711 WESTCHESTER AVENUE
WHITE PLAINS, NEW YORK 10604
Tel. No.: (914) 946-0400
Facsimile: (914) 946-2327

**SAMANTHA E. QUINN**
**Appellate Partner**
squinn@schiavettilaw.com

New York Office
575 Eighth Avenue
Suite 1220
New York, N.Y. 10018
(212) 541-9100

August 18, 2025

Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

Re: McInnis v. City of New York, et al
Docket #: 1:24-cv-03449-GHW-RFT

Honorable Judge Tarnofsky:

Pursuant to your part rules, I am writing to request oral argument on our summary judgment motion which was fully submitted on August 15, 2025.

Respectfully submitted,

SCHIAVETTI, CORGAN, DiEDWARDS,
WEINBERG & NICHOLSON, LLP

*Samantha E. Quinn*
SAMANTHA E. QUINN

cc: all counsel via ECF