UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jennifer McInnis, individually and on behalf of her infant children O.S., C.S. (female), and C.S. (male),<br><br>　　　　　　　　　　Plaintiffs,<br><br>　— against —<br><br>City of New York, et al.,<br><br>　　　　　　　　　　Defendants. | Index No. 1:24-cv-03449 (GHW) (RFT)<br><br>**ORDER** |

TARNOFSKY, United States Magistrate Judge.

　　　　This is an Order granting the fee application for the award of attorney's fees for the time Plaintiff's counsel spent in connection with the Discovery Sanctions Motion, as provided by this Court's Opinion & Order (ECF 143).

　　　　Based upon its review of Mara Fleder's Attorney Declaration in Support of Fee Application, and the contemporaneous time records attached as Exhibit B to that declaration, the Court approves the award of attorney's fees in the form of payment of FIVE THOUSAND NINE HUNDRED AND EIGHTY DOLLARS AND ZERO CENTS ($5,980.00), which shall be paid by the Hospital Defendants or their counsel to Plaintiff's counsel, Wertheimer Fleder LLP.

DATED:　　　New York, New York
　　　　　　　___ day of _____, 2025

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED:


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Robyn F. Tarnofsky, U.S.M.J.

1