**Wertheimer Fleder Contemporaneous Time Records**

| Date | Billed By | Item | Description | hrs. | Rate | Total |
|------|-----------|------|-------------|------|------|-------|
| 8/12/2025 | Mara Fleder | Draft/revise | Fee application | 2.3 | $ 600.00 | 1380 |
| 8/11/2025 | Mara Fleder | Draft/revise | Review decision on rule 37.2 motion, research fee application and prepare fee application | 2.6 | $ 600.00 | $ 1,560.00 |
| 5/20/2025 | Mara Fleder | Appear for/attend | Phone conference on Rule 37.2 conf | 0.5 | $ 400.00 | $ 200.00 |
| 5/20/2025 | Mara Fleder | Communicate (with client) | meet with client | 0.9 | $ 400.00 | $ 360.00 |
| 5/16/2025 | Mara Fleder | Draft/revise | Draft Rule 37.2 letter motion | 3.9 | $ 400.00 | $ 1,560.00 |
| 5/16/2025 | Mara Fleder | Communicate (other outside counsel) | Meet and confer w/ Def counsel Cindy Chau and finalize and file Rule 37.2 letter motion | 0.3 | $ 400.00 | $ 120.00 |
| 5/16/2025 | Joel Wertheimer | Draft/revise | Review sanctions draft letter | 0.8 | $ 600.00 | $ 480.00 |
| 5/13/2025 | Mara Fleder | Plan and prepare for | Prep for conference | 0.3 | $ 400.00 | $ 120.00 |
| 5/13/2025 | Mara Fleder | Appear for/attend | Telephone conference with Judge Tarnofsky | 0.5 | $ 400.00 | $ 200.00 |
| **Total** | | | | **12.1** | | **$5,980.00** |