**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

Jennifer McInnis, individually and on behalf of her
infant children, O.S., C.S. (female), and C.S. (male),

Plaintiff,

- against -

City of New York, Treasure Pray, Leah Bralow, and
Rutmi Goradia

Defendants.

.
------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2025

**STIPULATION AND ORDER
OF DISMISSAL**

24-CV-03449 (GHW) (RJT)

**WHEREAS** the parties have reached a settlement agreement and now desire to resolve the

remaining issues raised in this litigation without further proceedings and without admitting any

fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

the undersigned, that

1.  The above-referenced action is hereby dismissed with prejudice against the Defendants

    the City of New York and Treasure Pray ("Settling Defendants"); and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the

    District Court shall continue to retain jurisdiction over this action for the purpose of

    enforcing the terms of the settlement agreement reached between the Plaintiffs and

    Settling Defendants and set forth in the Stipulation of Settlement executed by the

    Plaintiffs and Settling Defendants in this matter.

[Signatures to follow on page 2]

Dated:        September 19, 2025
              New York, New York


Mara Fleder, Esq.                          MURIEL GOODE-TRUFANT
Joel Wertheimer, Esq.                      Corporation Counsel for the
Wertheimer Fleder LLP                      City of New York
*Attorneys for the Plaintiffs*             *Attorney for Defendants City of New York,*
14 Wall Street                             *and Treasure Pray*
Suite 4C                                   100 Church Street, 2nd Floor
New York, NY 10005                         New York, New York 10007
mara@wfllp.com                             (212) 356-2392

By: _____               By: _____
        Mara Fleder, Esq.                         Alfred Miller, Jr.
                                                  Assistant Corporation Counsel


                                           SO ORDERED:

                                           _____
                                           HON.  GREGORY H WOODS
                                           UNITED STATES DISTRICT JUDGE

                                           Dated: _____, 2025


The Plaintiffs and the Settling Defendants have stipulated to the dismissal with prejudice of Plaintiffs' claims against the Settling Defendants.  Those claims are dismissed with prejudice.  Magistrate Judge Robyn F. Tarnofsky previously ordered that Judge Tarnofksy would retain jurisdiction for purposes of enforcement and modification of the terms of the settlement agreement included in the settlement stipulation attached as Exhibit D to the Fleder Declaration filed at Dkt. No. 118 (the "Settlement Stipulation").  Dkt. No. 126. The Court will retain jurisdiction for purposes of enforcement and modification of the terms of the settlement agreement included in the Settlement Stipulation.  The Clerk of Court is directed to remove the names of the Settling Defendants from the caption of the case.

SO ORDERED.

Dated:  September 19, 2025                  _____
New York, New York                             GREGORY H. WOODS
                                               United States District Judge


2