USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                         :

JENNIFER MCINNIS, *et al.*,              :
                                           :

                         Plaintiffs,   :           1:24-cv-3449-GHW-RFT
                                           :

                  -v-             :           ORDER
                                           :

CITY OF NEW YORK, *et al.*,         :
                                         :

                      Defendants.  :
                                         :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff Jennifer McInnis, individually and on behalf of her infant children O.S., C.S. (male), and C.S. (female) commenced this action on May 3, 2024. Dkt. No. 1. The events relevant to the motion before the Court took place during the October 28, 2022 examination of O.S. at St. Barnabas Hospital in the Bronx by Defendants Dr. Leah Bralow and Dr. Rutmi Goradia following a report of child neglect. *Id.* Plaintiffs assert violations of O.S.'s rights under Fourth Amendment and Plaintiff McInnis's rights under the Fourteenth Amendment seek to hold Defendants Bralow and Goradia liable under 42 U.S.C. § 1983.[1] On June 27, 2025, Defendants Bralow and Goradia moved for summary judgment on both of Plaintiff's claims. Dkt. No. 140. Defendants filed supporting materials that same day. *Id.* Plaintiffs filed opposition materials on July 31, 2025. Dkt. Nos. 141–42. Defendants filed a reply on August 15, 2025. Dkt. No. 144. On September 26, 2025, Magistrate Judge Robyn F. Tarnofsky, to whom this case had been referred for general pretrial matters and dispositive motions, held oral argument the motion. Dkt. No. 155.

On December 19, 2025, Judge Tarnofsky issued a thoughtful and well-reasoned report and

---

[1] The original complaint also named several other Defendants. Plaintiffs have since voluntarily dismissed their claims against all other Defendants. *See* Dkt. No. 73 (notice of voluntary dismissal without prejudice as to Defendant Jordan Mews); Dkt. No. 115 (stipulation of dismissal with prejudice as to Defendant Nyasha Beepot); Dkt. No. 154 (stipulation of dismissal with prejudice as to Defendants City of New York and Treasure Pray).

recommendation on Defendants' motion for summary judgment. Dkt. No. 157 (the "R&R"). Judge Tarnofsky recommends that the Court grant Defendants' motion in full. Specifically, Judge Tarnofksy concluded that summary judgment on the section 1983 claims is warranted because no reasonable factfinder could conclude that Goradia and Bralow functioned as state actors during their examination of O.S. *Id.* at 25.

A district court reviewing a magistrate judge's report and recommendation "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may raise specific, written objections to the report and recommendation within fourteen days of receiving a copy of the report. *Id.*; *see also* Fed. R. Civ. P. 72(b)(2). The R&R specifically stated that "FAILURE TO OBJECT WITHIN FOURTEEN DAYS WILL RESULT IN A WAIVER OF OBJECTIONS . . . ." R&R at 26. The Court reviews for clear error those parts of a report and recommendation to which no party has timely objected. 28 U.S.C. § 636(b)(1)(A); *Lewis v. Zon*, 573 F. Supp. 2d 804, 811 (S.D.N.Y. 2008).

No objection to the R&R was submitted within the fourteen-day window. The Court has reviewed the R&R for clear error and finds none. *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record"). The Court, therefore, accepts and adopts the R&R in its entirety. Therefore, Defendants' motion for summary judgment is GRANTED. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 140, to enter judgment for Defendants Goradia and Bralow, and to close this case.

SO ORDERED.

Dated: January 3, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2