**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
 JENNIFER MCINNIS, et al.,

                      Plaintiffs,                            24 **CIVIL** 3449 (GHW)(RFT)

          -against-                                      **JUDGMENT**

CITY OF NEW YORK, et al.,

                     Defendants.
------------------------------------------------------------X


       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 3, 2026, no objection to the R&R was submitted within the fourteen-day window. The Court has reviewed the R&R for clear error and finds none. *See Braunstein v. Barber*, No. 06 Civ. 5978 (CS) (GAY), 2009 WL 1542707, at *1 (S.D.N.Y. June 2, 2009) (explaining that a "district court may adopt those portions of a report and recommendation to which no objections have been made, as long as no clear error is apparent from the face of the record"). The Court, therefore, has accepted and adopted the R&R in its entirety. Therefore, Defendants' motion for summary judgment is GRANTED. Judgment is entered for Defendants Goradia and Bralow; accordingly, the case is closed.

**Dated:**  New York, New York
         January 6, 2026


                                       **TAMMI M. HELLWIG**
                                  _____
                                     **Clerk of Court**

                       K. mango
       **BY:**                     
                                   _____
                                     **Deputy Clerk**